■ In the Matter of the Claim of LINDA J. BLANKENSHIP, Appellant. COMMISSIONER OF LABOR, Respondent. [730 NYS2d 259] —Appeal from a decision of the Unemployment Insurance Appeal Board, filed June 20, 2000, which charged claimant with a recoverable overpayment of unemployment insurance benefits.

The Unemployment Insurance Appeal Board was bound by

its prior decision, affirmed by this Court on appeal (282 AD2d 861), that claimant was disqualified from receiving unemployment insurance benefits because she had been hired as a per diem substitute cleaner whose hours varied according to the employer's needs and she quit her employment due to a reduced work schedule. Inasmuch as substantial evidence supports the present finding that claimant received unemployment insurance benefits based upon her false testimony that she was a full-time employee who was laid off due to lack of work, we find no reason to disturb the Board's decision to charge claimant with a recoverable overpayment of benefits (*see*, Labor Law § 597 [4]). Furthermore, claimant's attempt to again challenge the merits of her disqualification for unemployment insurance benefits is not properly before this Court (*see, Matter of Levine [Commissioner of Labor]*, 284 AD2d 599, 600).

Cardona, P. J., Mercure, Crew III, Rose and Lahtinen, JJ., concur. Ordered that the decision is affirmed, without costs.